1395-14

COA #   10-13-00410-CR

OFFENSE:  Evading Arrest

STYLE:   Brian Charles Jones v. The State of Texas

COUNTY:  Ellis

TRIAL COURT:        40th District Court

_____ MOTION

TRIAL COURT #:      36853CR

FOR REHEARING IS: _____

TRIAL COURT JUDGE:  Hon. Bob Carroll

DATE: _____

DISPOSITION:   Affirmed

JUDGE: _____

DATE:       September 11, 2014

JUSTICE:   Scoggins          PC       S   YES

PUBLISH: _____      DNP:   YES

CLK RECORD:    11/27/2013 - 1 volume

SUPP CLK RECORD:   1/31/2014 – 1 volume

RPT RECORD:    12/5/2013 - 7 volumes

SUPP RPT RECORD: _____

STATE BR:      5/27/2014

SUPP BR: _____

APP BR:        3/7/2014

PRO SE BR: _____

# IN THE COURT OF CRIMINAL APPEALS

CCA # _____

----------------------

_____ APPELLANT'S Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____ REFUSED

DATE: __01/14/2015__

JUDGE: __Per Curiam__

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

----------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____